UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ, individually,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LONGS DRUG STORES CALIFORNIA, LLC, a limited liability company,<br><br>　　　　Defendants. | Case No. 2:23-cv-00813-DJC-JDP<br><br>**The Hon. Daniel J. Calabretta**<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION AND TRANSFER MATTER TO BINDING ARBITRATION**<br><br>Trial Date:　　　None Set |

### ORDER

Based on the Stipulation of the Parties, dated August 3, 2023, and good cause appearing, it is therefore ordered that:

1. All causes of action in Plaintiff's Complaint be submitted to binding arbitration;

2. The Court shall retain jurisdiction to the extent allowed under federal law.

3. Defendant's Motion to Compel Arbitration and Dismiss Action (ECF No. 15) is **DENIED as MOOT** and the 8/31/2023 hearing is **VACATED**.

4. The parties are **DIRECTED** to file a joint status report with the Court every four (4) months, beginning on **December 7, 2023**, advising the Court as to the status of

ORDER

the arbitration proceedings, until arbitration is completed.

**IT IS SO ORDERED.**

Dated: August 07, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE