# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>LONGS DRUG STORES CALIFORNIA, LLC,; a limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:23-CV-00813-DJC-JDP<br><br>**The Hon. Daniel J. Calabretta**<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Based upon the Parties' Joint Stipulation, it is hereby ORDERED that all of Plaintiff's claims in this action are dismissed, with prejudice. Each Party will bear their own attorneys' fees and costs.

Dated: October 9, 2024         /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

-1-